# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 14, 2015

Robert P. Young, Jr.,
Chief Justice

151671(52)

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

TIMOTHY JORDAN,
          Defendant-Appellant.
_____/

SC: 151671
COA: 317644
Jackson CC: 12-005149-FC

On order of the Chief Justice, the motion of defendant-appellant to file a supplemental application for leave to appeal on or before August 11, 2015, is GRANTED. Plaintiff-appellee shall have 21 days from the date the supplemental application is served to file an answer thereto.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 14, 2015

